**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:   ROBERT JOSEPH KROBOTH and** | ) | **CHAPTER 12** |
| **MELANIA ANN KROBOTH,** | ) | |
| | ) | |
| **Debtors** | ) | **No. 16-13342-PMM** |

## <u>ORDER</u>

Upon consideration of Debtors' Motion to Modify Chapter 12 Plan Post-Confirmation Pursuant to 11 U.S.C. § 1229 ("Motion") and any objections thereto,

**IT IS ORDERED** that the Motion is granted, and

**IT IS FURTHER ORDERED** that the Debtors' Fifth Amended Chapter 12 Plan, as filed at docket 117 on June 30, 2020, is confirmed.

**Date: July 8, 2020**

_____
Patricia M. Mayer
United States Bankruptcy Judge